# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN OSHA BELL,<br><br>　　　　Defendant. | Case No. 2:03-cr-278-LDG-PAL-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Tuesday, June 6, 2017 at 10:00 a.m., be vacated and continued to July 6, 2017 at the hour of 10:00 a.m. in courtroom 6B.

　　DATED this 5 day of June, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　LLOYD D. GEORGE