RRENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
paul_riddle@fd.org

Attorney for JONATHAN OSHA BELL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN OSHA BELL,<br><br>　　　　Defendant. | Case No. 2:03-cr-278-LDG-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle Assistant Federal Public Defender, counsel for Jonathan Osha Bell that the Revocation Hearing currently scheduled on Thursday, September 7, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Since the filing of the previous stipulation, undersigned defense counsel has been informed that the underlying criminal allegation remains pending in a state court proceeding which is not expected to resolve before the middle of October.

2. Since the state proceeding is inexorably linked to the allegations contained in the petition, the parties agree to the need for continuance.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 30th day of August, 2017.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Paul Riddle*  
By_____  
PAUL RIDDLE  
Assistant Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

*/s/ Alexandra Michael*  
By_____  
ALEXANDRA MICHAEL  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-278-LDG-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN OSHA BELL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Thursday, September 7, 2017 at 10:00 a.m., be vacated and continued to November 6, 2017 at the hour of 9:00 a.m.

DATED this 1st day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE