RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for JONATHAN OSHA BELL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN OSHA BELL,<br><br>Defendant. | Case No. 2:03-cr-278-LDG-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle Assistant Federal Public Defender, counsel for Jonathan Osha Bell that the Revocation Hearing currently scheduled on Monday, August 6, 2018 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Bell has a pending petition alleging a violation of his federal probation. The alleged violation is a new crime which is currently pending in state court. Mr. Bell's state court case has been continued and the outcome of the state court case will greatly influence the way the parties seek to resolve the pending petition.

2. Since the state proceeding is inexorably linked to the allegations contained in the petition, the parties agree to the need for continuance.

3. Therefore, a 60 day continuance is requested to allow Mr. Bell sufficient time to resolve his state court case before proceeding with the alleged violation of conditions of supervision.

4. Defendant is not incarcerated and does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 3rd day of August, 2018.

RENE L. VALLADARES  
Federal Public Defender

DAYLE ELIESON  
United States Attorney

By  */s/ Paul D. Riddle*  
PAUL RIDDLE  
Assistant Federal Public Defender

By */s/ Daniel J. Cowhig*  
DANIEL J. COWHIG  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN OSHA BELL,<br><br>    Defendant. | Case No. 2:03-cr-278-LDG-PAL-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Monday, August 6, 2018 9:00 a.m., be vacated and continued to October 9, 2018, at the hour of 10:00 a.m.

DATED this 7th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE