# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-278-LDG-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | Granting ECF No. 72 |
| JONATHAN OSHA BELL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Wednesday, October 10, 2018 9:00 a.m., be vacated and continued to January 15, 2019, at the hour of 9:00 a.m.

DATED this 9th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE