# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-278-JAD-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 77 |
| JONATHAN OSHA BELL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Monday, March 4, 2019, 9:00 a.m., be vacated and continued to May 20, 2019, at the hour of 10:00 a.m.

DATED this 28th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE